THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEYANNA JEAN JONES | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-00791-SDJ-BD |
| | § | |
| CAPITAL ONE AUTO FINANCE | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #8), that the Complaint, (Dkt. #1), be dismissed.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Complaint, (Dkt. #1), is **DISMISSED WITHOUT PREJUDICE**. Within fourteen days of the docketing of this order, Plaintiff may file an amended complaint. If she does not, the Complaint will be dismissed with prejudice.

**So ORDERED and SIGNED this 9th day of November, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE